

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

GARY GENE ROBERTS, JR, § No. 08-19-00029-CR

Appellant, § Appeal from the

v. § Criminal District Court No. 2

THE STATE OF TEXAS, § of Tarrant County, Texas

Appellee. § (TC#1489866D)

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF DECEMBER, 2019.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.